# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132274

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERIK DEWAYNE LITTLE, a/k/a ERIC
DEWAYNE LITTLE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132274
COA: 260100
Berrien CC: 2003-406131-FC

_____/

On order of the Court, the application for leave to appeal the August 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

                                  Clerk

t0122